SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
YURI DOERING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI DOERING,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CIPRIANA J. TORRES D/B/A MANOS DE ANGEL BARBERSHOP; 1865 97TH STREET LLC; and DOES 1 to 10,<br><br>　　　　　Defendants. | **Case No.: 2:25-cv-02332-SPG (RAOx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: September 10, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5C<br><br>Honorable Judge Sherilyn Peace Garnett |

　　　To Defendants CIPRIANA J. TORRES D/B/A MANOS DE ANGEL BARBERSHOP; 1865 97TH STREET LLC; and the attorneys of record, if any: Please take notice that on September 10, 2025, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff YURI DOERING will present Plaintiff's motion for default judgment against Defendants CIPRIANA J. TORRES D/B/A MANOS DE ANGEL BARBERSHOP and 1865 97TH STREET LLC. The Clerk has previously entered the default on said Defendants on July 10, 2025 (Dkt. #19) and June 3, 2025 (Dkt. #16), respectively.

1  At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants CIPRIANA J. TORRES D/B/A MANOS DE ANGEL BARBERSHOP and 1865 97TH STREET LLC are not minors, incompetent persons, or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants CIPRIANA J. TORRES D/B/A MANOS DE ANGEL BARBERSHOP and 1865 97TH STREET LLC have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,335.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 1871 E 97th St., Los Angeles, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants CIPRIANA J. TORRES D/B/A MANOS DE ANGEL BARBERSHOP and 1865 97TH STREET LLC on August 8, 2025 by first class United States Mail, postage prepaid.

Dated:  August 8, 2025           **SO. CAL. EQUAL ACCESS GROUP**

By:   */s/ Jason J. Kim*_____
      Jason J. Kim, Esq.
      Attorneys for Plaintiff